**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Yewhala Eshet Abebe, | ) | No. CV 09-1783-PHX-JAT |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, et al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus ("Petition") (Doc. 4). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 15) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

1   **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 15)
2   is **ACCEPTED**; accordingly, Petitioner's Amended Petition for Writ of Habeas Corpus
3   (Doc. #4) is denied and the Clerk of the Court shall enter judgment accordingly.

4   DATED this 5th day of April, 2011.

James A. Teilborg
United States District Judge